UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LAWRENCE and SHANA HILL, a Washington marital community; UNITED SERVICES AUTOMOBILE ASSOCIATION, as subrogee of Lawrence and Shana Hill, a reciprocal inter-Insurance exchange,<br><br>                Plaintiff,<br><br>vs.<br><br>GREPOW, INC., a California corporation,<br><br>                Defendant. | NO. 3:22-cv-5418<br><br>NOTICE TO PLAINTIFF OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT |

TO:        Clerk, United States District Court
            Western District of Washington

TO:        Lawrence and Shanna Hill, a marital community; United Services Automobile Association, as subrogee of Lawrence and Shana Hill, Plaintiffs;

AND TO:    Roger Townsend, Counsel for Plaintiffs Lawrence and Shana Hill; and Kyle A Farnam, Counsel for Plaintiff United Services Automobile Association.

        Defendant, Grepow, Inc. ("Grepow"), by and through undersigned counsel of record, hereby respectfully files this Notice of Removal pursuant to 28 U.S.C. §1441, to remove Case No. 22-2-00051-16 from Jefferson County Superior Court to the United States District Court for the Western District of Washington. In support of this Notice, Grepow submits the following:

NOTICE TO PLAINTIFF OF REMOVAL OF ACTION
TO UNITED STATES DISTRICT COURT - 1

FLOYD, PFLUEGER & RINGER P.S.
3101 WESTERN AVE., SUITE 400
SEATTLE, WA 98121-3019
TEL 206 441-4455
FAX 206 441-8484

1. That on or about April 22, 2022, Plaintiffs filed a Complaint in Jefferson County Superior Court against Grepow, Inc, a foreign corporation. Specifically, Plaintiffs assert product liability claims against Grepow for the alleged malfunction of a battery purchased by Plaintiffs and installed in Plaintiffs' home, which Plaintiffs allege started a fire and caused property damages. *See* Complaint attached as Exhibit A.

2. The above-referenced state court action may be removed to the United States District Court under 28 U.S.C. §1441(b)(1) and 28 U.S.C. §1332(a), because Defendant corporation is incorporated in the State of California and has their principal place of business in Livermore, California. Accordingly, there is complete diversity between Plaintiff and defendants.

   a. Plaintiff Lawrence and Shana Hill are residents of Washington State, and their insurer, United Services Automobile Association ("USAA") is deemed a citizen of their state of residence for this matter. *See* Complaint attached as Exhibit A.

   b. Grepow was incorporated on December 8, 2015, in California. It maintains its principal place of business in Livermore, California, Address: 290 Lindbergh Avenue, Livermore, California, 94551. Grepow operates as a distributor of batteries. *See* Exhibits B and C.

3. Grepow has a good faith belief that the amount in controversy and the amount of damages Plaintiffs seek exceeds $75,000 based upon (1) the nature of the property damage claim; (2) the nature and basis of Plaintiffs' claims against Defendant, and (3) the nature and factual basis for Plaintiffs' asserted prayer for relief and asserted damages.

4. Under Local Rule 101(b)(1), Grepow has attached a copy of the Complaint in this matter. Grepow will file herewith copies of all records from the state court proceeding in accordance with Local Rule 101(c).

5. Copies of this Notice of Removal are served upon all parties to the underlying litigation and will be filed promptly with the clerk of the Jefferson County Superior Court.

NOTICE TO PLAINTIFF OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT - 2

FLOYD, PFLUEGER & RINGER P.S.
3101 WESTERN AVE., SUITE 400
SEATTLE, WA 98121-3019
TEL 206 441-4455
FAX 206 441-8484

1
2
3   6.  Intradistrict Assignment. Cause No. 22-2-00051-16 is currently pending in Jefferson County Superior Court. Accordingly, and pursuant to Local Rule CR 3(e)(1), this case should be assigned to a judge in Tacoma.

WHEREFORE, based upon the foregoing and pursuant to 28 U.S.C. §1441(b)(1) and 28 U.S.C. §1332(a), the above-referenced action is removed from the Jefferson County Superior Court to the United States District Court for the Western District of Washington.

DATED this 8th day of June, 2022.

FLOYD, PFLUEGER & RINGER, P.S.

By: *s/Francis S. Floyd*
By: *s/Amanda D. Daylong*
Francis S. Floyd, WSBA No. 10642
Amanda D. Daylong, WSBA No. 48013
3101 Western Ave Ste 400
Seattle, WA 98121-3017
Telephone: (206) 441-4455
Fax: (206) 441-8484
Email: ffloyd@floyd-ringer.com
       adaylong@floyd-ringer.com
*Attorneys for Defendant Grepow, Inc.*

NOTICE TO PLAINTIFF OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT - 3

FLOYD, PFLUEGER & RINGER P.S.
3101 WESTERN AVE., SUITE 400
SEATTLE, WA 98121-3019
TEL 206 441-4455
FAX 206 441-8484

**DECLARATION OF SERVICE**

Pursuant to RCW 9A.72.085, the undersigned hereby declares under penalty of perjury of the laws of the State of Washington that on June 8, 2022 she caused to be transmitted for service a true and correct copy of the foregoing document using the CM/ECF system of the above-captioned court, which will automatically notify all counsel of record, as well as via electronic mail as addressed below.

| | | |
|---|---|---|
| Roger Townsend<br>BRESKIN JOHNSON TOWNSEND<br>1000 Second Avenue, Suite 3670<br>Seattle, WA 98104<br>rtownsend@bjtlegal.com | *Counsel for Plaintiff Lawrence and Shana Hill* | [ ] Via Messenger<br>[X] Via E-Service and/or Email<br>[ ] Via Facsimile<br>[ ] Via U.S. Mail |
| Kyle A. Farnam<br>COZEN O'CONNOR<br>999 3rd Ave Ste 1900<br>Seattle, WA 98104-4028<br>kfarnam@cozen.com | *Counsel for Plaintiff United Services Automobile Association* | [ ] Via Messenger<br>[X] Via E-Service and/or Email<br>[ ] Via Facsimile<br>[ ] Via U.S. Mail |

DATED: June 8, 2022.

*s/Sean C. Moore*
Sean C. Moore, Legal Assistant

NOTICE TO PLAINTIFF OF REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT - 4

FLOYD, PFLUEGER & RINGER P.S.
3101 Western Ave., Suite 400
Seattle, WA 98121-3019
Tel 206 441-4455
Fax 206 441-8484