3848807

# ARTICLES OF INCORPORATION OF GREPOW, INC.

FILED
Secretary of State
State of California
DEC 0 8 2015

## I

The name of the corporation is GREPOW, INC.

## II

The purpose of the Corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

## III

The name and address in the State of California of this corporation's initial agent for service of process is:

James Cai
111 N. Market Street Suite 1020
San Jose, CA 95113

## IV

The initial street address and mailing address of this corporation is:

111 N. Market Street Suite 1020, San Jose, CA 95113

## V

This corporation is authorized to issue one class of stock to be designated Common Stock. The total number of shares that the Corporation is authorized to issue is One Hundred Million (100,000,000).

- 1 -

## VI

The liability of the directors of this corporation for monetary damages shall be eliminated to the fullest extent permissible under California law.

## VII

This corporation is authorized to provide indemnification of agents (as defined in Section 317 of the Corporations Code) for breach of duty to the corporation and its stockholders through bylaw provisions or though agreements with agents, or both, in excess of the indemnification otherwise permitted by Section 317 of the Corporations Code, subject to the limitations on such excess indemnification set forth in Section 204 of the Corporations Code.

Dated: December 8, 2015

_____
James Cai, Incorporator