


**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| --- |
| **-FILED-** |
| File No.: BA20220217522 |
| Date Filed: 5/13/2022 |

### Entity Details

| | |
| --- | --- |
| Corporation Name | GREPOW, INC. |
| Entity No. | 3848807 |
| Formed In | CALIFORNIA |

**Street Address of Principal Office of Corporation**

| | |
| --- | --- |
| Principal Address | 290 LINDBERGH AVE LIVERMORE, CA 94551 |

**Mailing Address of Corporation**

| | |
| --- | --- |
| Mailing Address | 290 LINDBERGH AVE LIVERMORE, CA 94551 |
| Attention | |

**Street Address of California Office of Corporation**

| | |
| --- | --- |
| Street Address of California Office | 290 LINDBERGH AVE LIVERMORE, CA 94551 |

### Officers

| Officer Name | Officer Address | Position(s) |
| --- | --- | --- |
| ▪ XIA HONG | 290 LINDBERGH AVE LIVEMORE, CA 94551 | Chief Executive Officer, Secretary |
| ▪ Limin Wang | 290 LINDBERGH AVE LIVERMORE, CA 94551 | Chief Financial Officer |

### Additional Officers

| Officer Name | Officer Address | Position | Stated Position |
| --- | --- | --- | --- |
| ➕ CHENGBING HU | 290 LINDBERGH AVE LIVERMORE, CA 94551 | Other | COO |

### Directors

| Director Name | Director Address |
| --- | --- |
| ▪ xia hong | 290 LINDBERGH AVE LIVEMORE, CA 94551 |
| ➕ SHI YU LIU | 290 LINDBERGH AVE LIVERMORE, CA 94551 |

The number of vacancies on Board of Directors is: 0

### Agent for Service of Process

| | |
| --- | --- |
| Agent Name | XIA HONG |
| Agent Address | 290 LINDBERGH AVE LIVERMORE, CA 94551 |

### Type of Business

| | |
| --- | --- |
| Type of Business | BATTERY DISTRIBUTION |

### Email Notifications

| | |
| --- | --- |
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

**Labor Judgment**

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

**Electronic Signature**

☒ By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

_Xia Hong_

Signature

_05/13/2022_

Date