THE HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAWRENCE and SHANA HILL, a Washington marital community; UNITED SERVICES AUTOMOBILE ASSOCIATION, as a subrogee of Lawrence and Shana Hill, a reciprocal inter-Insurance exchange,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>GREPOW, INC. a California Corporation,<br><br>　　　　　Defendant. | NO.  3:22-cv-5418-RSM<br><br>**ORDER REGARDING STIPULATED MOTION TO CONTINUE TRIAL DATE** |

THIS MATTER, having come for consideration on the parties' Stipulated Motion to Continue Trial Date, and this Court having reviewed the materials filed on this issue and being fully advised: now therefore,

The Court CONCLUDES that good cause is shown to continue the trial date to April 24, 2024 and the related pre-trial deadlines concomitantly. IT IS HEREBY ORDERED that the parties' Stipulated Motion to Continue Trial Date is GRANTED.

**IT IS SO ORDERED.**

The Court directs the Clerk to issue the following case schedule:

| Trial Date | May 6, 2024 |
|---|---|
| Reports from expert witnesses under FRCP 26(a)(2) due | November 8, 2023 |
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to LCR 7(d)(3) | December 8, 2023 |
| Discovery completed by | January 7, 2024 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | February 6, 2024 |
| Mediation per LCR 39.1(c)(3), if requested by the parties, held no later than | March 22, 2024 |
| All motions in limine must be filed by and noted on the motion calendar no earlier than the second Friday thereafter. | April 8, 2024 |
| Agreed pretrial order due | April 24, 2024 |
| Pretrial conference to be scheduled by the Court | |
| Trial exhibits to be delivered to chambers | April 29, 2024 |
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | May 1, 2024 |
| Length of Trial: 10 Days | Jury |

DATED this 2nd day of May, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE